**Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01090-CR

---

## MAURICE LEE MOORE, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 300th District Court
### Brazoria County, Texas
### Trial Court Cause No. 81635-CR

---

## M E M O R A N D U M     O P I N I O N

After a jury found appellant guilty of aggravated assault, he entered into an agreement with the State to serve 25 years in prison. Appellant was sentenced on March 13, 2018. Appellant filed an untimely motion for new trial on December 20, 2018. Appellant's notice of appeal was not filed until December 20, 2018.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not timely filed a motion for new trial. *See* Tex. R.

App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.
Do Not Publish — Tex. R. App. P. 47.2(b).